1  Diane Aqui, SBN: 217087
   Antonio L. Cortes, SBN: 142356
2  SMITH DOLLAR PC
   Attorneys at Law
3  404 Mendocino Avenue, Second Floor
   Santa Rosa, California 95401
4  Telephone: (707) 522-1100
   Facsimile: (707) 522-1101
5
   Attorneys for Plaintiff
6  ANGELITA AQUINO

7

8        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9

10 ANGELITA AQUINO,                         CASE NO.: 3:15-CV-05281-JST

11        Plaintiff,                        STIPULATION AND ORDER TO
   v.                                       CONTINUE MOTION TO COMPEL
12                                          ARBITRATION
   TOYOTA MOTOR SALES USA, INC.,
13                                          Judge:   Hon. Jon S. Tigar
          Defendants.
14                                          Complaint Filed: November 18, 2015
                                            Trial Date:
15

16        The parties request an order, by this stipulation, that the hearing on Defendant Toyota Motor

17 Sales U.S.A., Inc.'s Motion to Compel Arbitration or, in the Alternative, Stay Proceedings,

18 currently set to be heard before this Court on March 24, 2016 at 2:00 p.m. in Courtroom 9, be

19 rescheduled to March 31, 2016.

20        Good cause exists for this request in that counsel for Plaintiff has previously scheduled

21 travel for March 24, 2016 and March 25, 2016, and for April 5 through April 8, 2016, and is not

22 available for oral argument on those dates.

23 Dated: February 18, 2016

                                            SMITH DOLLAR PC
24

25

26                                          By  /s/ Antonio L. Cortes
                                               Antonio L. Cortes
27                                             Attorneys for ANGELITA AQUINO

28 508032.docx                           - 1 -
   STIPULATION TO CONTINUE MOTION TO COMPEL ARBITRATION
                                            CASE NO.: 3:15-CV-05281-JST

Dated: February 18, 2016

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Kathryn M. Nazarian
Kathryn M. Nazarian
Attorneys for TOYOTA MOTOR SALES U.S.A., INC.

ORDER

Per stipulation of the parties, the hearing on Defendant's Motion to Compel Arbitration or, in the Alternative, Stay Proceedings, shall be heard on March 31 , 2016 at 2:00 p.m. a.m./p.m.



Hon. Jon S. Tigar
United States District Judge



508032.docx

- 2 -

STIPULATION TO CONTINUE MOTION TO COMPEL ARBITRATION
CASE NO.: 3:15-CV-05281-JST