UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANGELITA AQUINO,<br>        Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR SALES USA, INC.,<br>        Defendant. | Case No. 15-cv-05281-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 16 |

Before the Court is Defendant's Motion to Compel Arbitration. ECF No. 16. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 31, 2016, is hereby vacated

IT IS SO ORDERED.

Dated: March 21, 2016

_____
JON S. TIGAR
United States District Judge