CLIFFORD D. SETHNESS (Bar No. 212975)
JASON M. STEELE (Bar No. 223189)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel.: +1.213.612.2500 / Fax: +1.213.612.2501
clifford.sethness@morganlewis.com
jason.steele@morganlewis.com

KATHRYN M. NAZARIAN (Bar No. 259392)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.: +1.415.442.1415 / Fax.: +1.415.442.1001
kate.nazarian@morganlewis.com

Attorneys for Defendant
TOYOTA MOTOR SALES U.S.A., INC.

Counsel continues on next page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA AQUINO,<br><br>              Plaintiff,<br><br>       vs.<br><br>TOYOTA MOTOR SALES USA, INC.,<br><br>              Defendant. | Case No. 15-cv-05281-JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:        May 4, 2016<br>Time:        2:00 p.m.<br>Courtroom: 9<br>Judge:       Hon. Jon S. Tigar<br><br>Complaint Filed:   November 18, 2015<br>Trial Date:  None |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 27200959.1

Case No. 15-cv-05281-JST
STIPULATION

1  Glenn M. Smith, SBN: 97973
   Antonio L. Cortes, SBN: 142356
2  SMITH DOLLAR PC
   Attorneys at Law
3  404 Mendocino Avenue, Second Floor
   Santa Rosa, California 95401
4  Telephone: (707) 522-1100
   Facsimile: (707) 522-1101
5
   Attorneys for Plaintiff
6  ANGELITA AQUINO

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

2

Case No. 15-cv-05281-JST
STIPULATION

Plaintiff Angelita Aquino ("Plaintiff") and Defendant Toyota Motor Sales U.S.A., Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court has scheduled a Case Management Conference in this matter for May 4, 2016 at 2:00 p.m.;

WHEREAS, Defendant has filed a motion to compel this matter to arbitration ("Motion to Compel Arbitration"),

WHEREAS, on March 21, 2016, the Court vacated the hearing, finding the matter suitable for disposition without oral argument;

WHEREAS, the Parties believe that resolution of the Motion to Compel Arbitration may affect the issues to be raised in the Joint Case Management Statement and Rule 26(f) Report and the matters to be discussed at the Case Management Conference and, therefore, in the interest of judicial economy, that the Case Management Conference should be continued to a date following the Court's ruling on the Motion to Compel Arbitration;

WHEREAS, the parties have agreed, by and through their counsel of record, subject to this Court's approval, to continue the Case Management Conference until after the Court has ruled upon the Motion to Compel Arbitration.

NOW THEREFORE IT IS HEREBY STIPULATED THAT, in view of the pending Motion to Compel Arbitration and good cause appearing, the Case Management Conference, currently scheduled for May 4, 2016, be continued until June 1, 2016, or a date that is otherwise convenient for the Court.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

Case No. 15-cv-05281-JST
STIPULATION

| | |
|---|---|
| Dated: April 27, 2016 | SMITH DOLLAR PC |
| | By   */s/ Antonio L. Cortes*<br>Antonio L. Cortes<br>Attorneys for Plaintiff<br>ANGELITA AQUINO |
| Dated: April 27, 2016 | MORGAN, LEWIS & BOCKIUS LLP |
| | By   */s/ Kathryn M. Nazarian*<br>Kathryn M. Nazarian<br>Attorneys for Defendant<br>TOYOTA MOTOR SALES U.S.A., INC. |

### **FILER'S ATTESTATION**

I, Kathryn M. Nazarian, am the ECF user whose identification and password are being used to file the parties Stipulation to Continue Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that Antonio Cortes concurs in this filing.

/s/ *Kathryn Nazarian*
Kathryn Nazarian

Attorneys for Defendant

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

4

Case No. 15-cv-05281-JST
STIPULATION

# [PROPOSED] ORDER

Good cause appearing, the Case Management Conference currently scheduled for May 4, 2016, be continued until June 22, 2016.

**IT IS SO ORDERED.**

Dated: 4/27/2016



5

Case No. 15-cv-05281-JST
STIPULATION