Diane Aqui, SBN: 217087
Antonio L. Cortes, SBN: 142356
daqui@smithdollar.com
acortes@smithdollar.com
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Plaintiff
ANGELITA AQUINO

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA AQUINO,<br><br>　　　　Plaintiff,<br>v.<br><br>TOYOTA MOTOR SALES USA, INC.,<br><br>　　　　Defendants. | CASE NO.: 3:15-CV-05281-JST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [F.Civ..P. Rule 41(a)(2)]**<br><br>Judge:　Judge Jon S. Tigar<br><br>Complaint Filed: November 18, 2015<br>Trial Date:　　　None |

TO THE HONORABLE JON S. TIGAR:

　　　　In compliance with the Court's September 16, 2016 Order [Doc 32], Plaintiff Angelita Aquino ("Plaintiff") and Defendant Toyota Motor Sales USA ("Defendant") file this Stipulation of Dismissal with Prejudice and in support thereof respectfully state:

　　　　There are no longer any issues in this matter between Plaintiff and Defendant to be determined by this Court. Plaintiff and Defendant hereby stipulate that all claims or causes of

///
///
///
///
///

583617.docx

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

CASE NO.: 3:15-CV-05281-JST

action between Plaintiff and Defendant that were, or could have been, the subject matter of this lawsuit are hereby dismissed with prejudice with court costs to be paid by the party incurring same.

Dated: November 2, 2016   SMITH DOLLAR PC

By: /s/ Antonio L. Cortes
Antonio L. Cortes
Attorneys for ANGELITA AQUINO

Dated: November 2, 2016   MORGAN, LEWIS & BOCKIUS LLP

By: /s/Kathryn M. Nazarian
Kathryn M. Nazarian
Attorneys for TOYOTA MOTOR SALES U.S.A., INC.

ORDER

The parties having stipulated to the dismissal with prejudice of all claims of Plaintiff and Defendant that were, or could have been, the subject matter of this lawsuit, with court costs to be paid by the party incurring same, the Court hereby ORDERS that all claims of Plaintiff and Defendant that were, or could have been, the subject matter of this lawsuit, are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Accordingly, the case management conference set for December 21, 2016 is vacated.

IT IS SO ORDERED.

Dated: November 3, 2016

HONORABLE JON S. TIGAR
United States District Court Judge